# FEDERAL PUBLIC DEFENDER

## DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



800 COOPER STREET • SUITE 350 • CAMDEN, NEW JERSEY 08102 • (856) 757-5341

January 8, 2026

The Honorable Renée Marie Bumb
Chief United States District Judge
Mitchell H. Cohen Federal Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08101

VIA ECF

 RE: United States v. Esther Amppiaw (Criminal Number 1:25-CR-343 (RMB))

### SUPPLEMENTAL DESIGNATION REQUEST

Dear Chief Judge Bumb,

Supplementing Defendant's request at the January 7, 2026, sentencing in this matter that Ms. Amppiaw be designated to a facility near her home in Texas, Defendant specifically requests that the Court recommend that Ms. Amppiaw be designated to the minimum-security satellite camp at FMC Carswell, where she may be able to assist with inmates needing care at the adjacent medical facility.

Respectfully submitted,

Jhamaer Keyes
THE DEFENDANT

/s/ James P. Maguire

_____

James P. Maguire
Assistant Federal Public Defender
800 Cooper Street, Suite 350
Camden, NJ 08102
james_maguire@fd.org
609-649-9924

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>s/ James P. Maguire</u>
James P. Maguire
